AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 16, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JESS RICHARD SMITH<br>*Plaintiff*<br>v.<br>J. NEAU, CUS HICKS, LT. ROBINETTE, OLAJUAN JONES #896455, MISS JACKSON, and SAMANTHA GRISWOLD<br>*Defendant* | Civil Action No.  4:25-CV-5026-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  This action is DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

Date:  5/16/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham