FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESS RICHARD SMITH,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>J. NEAU, CUS HICKS, LT. ROBINETTE, OLAJUAN JONES #896455, MISS JACKSON, and SAMANTHA GRISWOLD,<br><br>　　　　　　　　Defendants. | NO: 4:25-CV-5026-TOR<br><br>ORDER DENYING MOTION TO RECONSIDER |

BEFORE THE COURT is Plaintiff Jess Richard Smith's Motion to Reconsider. ECF No. 13.

He presents no facts disputing the existence of three or more "strikes" under 28 U.S.C. § 1915(g). Consequently, Plaintiff may not proceed *in forma paupers*. *Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007).

**ACCORDINGLY, IT IS ORDERED** that Plaintiff's Motion to Reconsider, ECF No. 13, is **DENIED**.

ORDER DENYING MOTION TO RECONSIDER -- 1

The Clerk of Court is directed to enter this Order and the file remains **CLOSED**.  The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** June 24, 2025.



THOMAS O. RICE
United States District Judge

ORDER DENYING MOTION TO RECONSIDER -- 2